IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BILLY RION,

    Plaintiff,

v.                                            CV 11-269 JB/CG

BERNALILLO COUNTY SHERIFFS
A. MEDRANO, et al.,

    Defendants.

## ORDER SETTING EVIDENTIARY HEARING

**IT IS HEREBY ORDERED** that the above matter is set for an evidentiary hearing on **July 3, 2013 at 9:30am,** at the Pete Domenici Federal Courthouse, 333 Lomas Blvd NW, Rio Grande Courtoom, Albuquerque, New Mexico.

Counsel shall be allowed to subpoena witnesses and documents for the hearing. The parties shall provide the Court with their witness lists by June 19, 2013.

_____
CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE