IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BILLY RION,

    Plaintiff,

v.                                                        No. CV 11-0269 JB/CG

BERNALILLO COUNTY SHERIFFS
A. MEDRANO, et al.,

    Defendants.

## ORDER TO TRANSPORT

    THE COURT being advised that the defendant is currently in custody in a New Mexico Corrections Department facility, and being further advised that the presence of the above-named defendant is required for:

        [X] Court Appearance (describe reason): **Evidentiary Hearing**
        [ ] Non-Court Appearance (describe reason): _____

    **IT IS HEREBY ORDERED,** that the New Mexico Corrections Department transport the above-named defendant from the Corrections Department Facility where defendant is being held to the Central New Mexico Correctional Facility.
    The New Mexico Corrections Department is ordered to hold the defendant at the Central New Mexico Correctional Facility in Los Lunas.

    **IT IS FURTHER ORDERED,** that if and only if the defendant's appearance is required in a court in Bernalillo County, the Bernalillo County Sheriff's Department shall transport the above-named defendant, as stated below:

    From:    Central New Mexico Correctional Facility
    To:    Pete V. Domenici United States Courthouse, Rio Grande Courtroom,
            333 Lomas NW, Albuquerque, NM
    Before Judge:    U.S. Magistrate Judge Carmen E. Garza
    Date and Time:    July 3, 2013 at 9:30am

    Upon the completion of the Court proceedings requiring the defendant's presence, the Bernalillo County Sheriff's Department is **HEREBY ORDERED** to transport the defendant back to the Central New Mexico Correctional Facility.

_____
CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE