IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BILLY RION,

    Plaintiff,

vs.   No. CIV 11-0269 JB/CG

BERNALILLO COUNTY SHERIFFS: ANTHONY
MEDRANO, LANCE LONGHI, TODD JAMES,
CHRISTIAN ERB, BRODRICK SHARP, and
DONNIE HIX,

    Defendants.

## FINAL JUDGMENT

**THE COURT**, having issued a Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition, filed March 31, 2014 (Doc. 73), enters this Final Judgment in compliance with rule 58 of the Federal Rules of Civil Procedure. Plaintiff Billy Rion's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed March 28, 2011 (Doc. 1), the Addendum to Original Complaint and Request to Appoint Attorney, filed April 7, 2011 (Doc. 5), and the Memorandum in Support of Prisoners Complaint, filed April 7, 2011 (Doc. 6)(together the "Complaint"), shall be dismissed pursuant to the Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition, and all requested relief shall be denied.

_____
UNITED STATES DISTRICT JUDGE

*Parties and Counsel:*

Billy Rion
Lea County Correctional Facility
Hobbs, New Mexico

    *Plaintiff pro se*

Bryan C Garcia
Carlos E Sedillo
Henry F. Narvaez
Narvaez Law Firm, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendants*